# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:11CR232 |
| v. | ) | |
| GUILLERMO GARCIA-SOTO, | ) | ORDER FOR RELEASE OF MATERIAL WITNESSES |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the United States' oral motion for release of the following Material Witnesses held in conjunction with the present case is granted:

1. Omar Gil-Herrera

2. Eder Mendez-Lucero

3. Gilberto Gonzalez-Sanchez

The Material Witnesses shall be released to the custody of U.S. Immigration and Customs Enforcement, pursuant to their respective detainers.

DATED this 13th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court